IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
JUN 17 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

BENJAMIN S. MACDONALD

Case No. 2:19mj340
Court Date: June 21, 2019

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 7668846

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 15, 2019, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BENJAMIN S. MACDONALD, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and while having a blood alcohol concentration of at least .15 grams per 210 liters of breath but not more than .20 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .15 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 15, 2019, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BENJAMIN S. MACDONALD, a person under the age of twenty-one (21) years, did knowingly and unlawfully possess and consume an alcoholic beverage.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 4.1-305.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *James T. Cole* (signature)
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_James J. Cole_
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

17 June 2019
Date